UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JOHN WASHINGTON, JR.                    CIVIL ACTION

VERSUS                                  NUMBER: 10-01453

SHERIFF GREG CHAMPAGNE, ET AL.          SECTION: "J"(5)


O R D E R

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and Plaintiff's objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that plaintiff's claims are dismissed with prejudice pursuant to 28 U.S.C. §1915(e)(2)(B)(i) and (ii).

New Orleans, Louisiana, this 8th day of June, 2010.

UNITED STATES DISTRICT JUDGE